**IN THE UNTED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | Case No. 19-24636-GLT |
| Jerome Donald Boyd, : | |
|     Debtor : | Chapter 13 |
| _____ : | |
| : | |
| Jerome Donald Boyd, : | Claim. No. 3 |
|     Movant : | |
| : | |
| v. : | Hearing Date: |
| : | |
| : | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper and : | |
| Ronda Winnecour, Trustee : | |
|     Respondents : | |
| _____ : | |

**DECLARATION**

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to Nationstar Mortgage LLC d/b/a Mr. Cooper's Notice of Mortgage Payment Change dated November 5, 2021, the Debtor's current escrow payment for account number ending in **2205** is **$698.55**. The new escrow payment is **$678.06**. The new total mortgage payment is **$1,837.61** effective December 1, 2021. The Debtor will make the mortgage/escrow shortage of **$60.61** in addition to his regular monthly Chapter 13 mortgage payment of **$1,777.00**.

Dated: **November 19, 2021**           Respectfully submitted by:
                                                        **/s/ Jerome Donald Boyd**
                                                        Jerome Donald Boyd

Dated: **November 19, 2021**
                                                        Respectfully submitted by:
                                                        **/s/ Albert G. Reese, Jr., Esquire**
                                                        Albert G. Reese, Jr., Esquire
                                                        PA ID #93813
                                                        640 Rodi Road, 2nd Floor, Suite 2
                                                        Pittsburgh, PA 15235
                                                        (412) 241-1697
                                                        (412) 241-1687(fax)
                                                        areese8897@aol.com
                                                        Attorney for Debtor