**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/21/22 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24636-GLT |
| | : | Chapter: | 13 |
| Jerome Donald Boyd | : | | |
| | : | | |
| | : | Date: | 1/20/2022 |
| *Debtor(s).* | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER:** Status Conference: # 120 Fourth Motion to Extend the Loss Mitigation Period

**APPEARANCES**:
　　　　　　Debtor:　　Albert G. Reese

**NOTES:** [1:43 p.m.]

Court: I set this for a hearing because this loss mitigation period has exceeded one year. I also note issues with exchanging documents timely.

Reese: The Debtor has been ill and is a disabled veteran. He is receiving help from his girlfriend to timely submit documentation being requested by the lender.

Court: I acknowledge that your office has been prompt in its responsiveness, but I note that the Debtor has caused delay. Moving this case forward provides a benefit for the Debtor., and I need you to communicate to your client that the Debtor is beyond the range typically allowed by this Court for loss mitigation. I'm sure there is some fault with the lender, but nevertheless, the Debtor has been consistently causing delay. I am prepared to extend the loss mitigation period, but it needs to be a high priority for the Debtor. I will extend the loss mitigation period for 60 days.

**OUTCOME:**

1. The *Fourth Motion to Extend the Loss Mitigation Period* [Dkt. No. 120] is GRANTED for 60 days to March 31, 2022. [HT to issue proposed order at Dkt. No. 120]

**DATED:** 1/20/2022